IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUSTIN MAURICE ALLEN | Magistrate No. 21-707 |

MOTION FOR ARREST WARRANT
BASED UPON A CRIMINAL COMPLAINT

AND NOW comes the United States of America, by its attorneys, Stephen R. Kaufman, Acting United States Attorney for the Western District of Pennsylvania, and Benjamin J. Risacher, Assistant United States Attorney for said District, and, pursuant to Rule 4 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant, JUSTIN MAURICE ALLEN, upon the grounds that a Criminal Complaint has been made under oath in the above-captioned criminal case, establishing probable cause that the defendant committed violations of Title 18, United States Code, Section 922(g)(1).

Recommended bond:   Detention.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:  /s/ Benjamin J. Risacher
BENJAMIN J. RISACHER
Assistant United States Attorney
PA ID No. 318436