IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JUSTIN MAURICE ALLEN

Magistrate No. 21-707

O R D E R

AND NOW, to wit, this ____ day of March, 2021, upon consideration of the Motion for Arrest Warrant based upon a Criminal Complaint, heretofore filed by the United States of America, it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of defendant JUSTIN MAURICE ALLEN.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney