IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal No. 2:21-mj-707-CRE |
| | ) | |
| JUSTIN MAURICE ALLEN, | ) | |
| Defendant. | ) | |

ORDER APPOINTING COUNSEL

AND NOW, this 30th day of March, 2021, the Court, upon a showing that the defendant is financially unable to employ counsel and does not wish to waive his/her right to the appointment of counsel, attorney **R. Damien Schorr** is appointed as CJA counsel for defendant pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A.

This appointment is effective March 30, 2021.

s/Cynthia Reed Eddy
Chief United States Magistrate Judge